**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.   26-mj-8508-WM

UNITED STATES OF AMERICA

v.

MIGUEL VELAZQUEZ-MENDEZ,

Defendant.
                                              /

FILED BY_____SW_____D.C.

Jul 1, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes  ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes  ☑ No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes  ☑ No

5.  Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*Violette Bishai*
_____

VIOLETTE BISHAI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.     1042298
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:     (561) 820-8777
Email:  Violette.Bishai@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MIGUEL VELAZQUEZ-MENDEZ, | ) | Case No. 26-mj-8508-WM |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

FILED BY___SW___D.C.

**Jul 1, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 25, 2026 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Unlawful re-entry into the United States after deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: _____ 07/01/2026 _____

_____
*Judge's signature*

City and state: _____ West Palm Beach, FL _____    William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-three years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Miguel VELAZQUEZ-MENDEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On June 25, 2026, ICE officers were conducting routine at-large immigration enforcement in Palm Beach County, Florida. During enforcement efforts, at approximately 7:50 am, ICE officers observed a black Toyota Tacoma bearing Florida tag CQ5014 traveling north on Federal Highway in Jupiter, Florida. A record check was performed in the Florida Driver and Vehicle Information Database (DAVID) using tag number CQ5014. DAVID records showed that the vehicle was registered to Alfonso VELASQUEZ-MENDEZ a Guatemalan national illegally present in the United States.

4.     ICE officers were able to visually determine that the driver of the vehicle matched vehicle's owner picture that was uploaded into DAVID. ICE officers initiated a vehicle stop, utilizing blue and red emergency lights.

5.     Upon approaching the vehicle, an ICE officer identified one the passengers of the vehicle as Miguel VELAZQUEZ-MENDEZ, a citizen of Guatemala, who identified himself with Guatemalan identification. A record check was conducted in the Department of Homeland Security (DHS) databases, which revealed that the Miguel VELAZQUEZ-MENDEZ was previously removed from the United States on multiple occasions. Miguel VELAZQUEZ-MENDEZ was placed under arrest for violation of immigration law and transported to the ICE office in Stuart, Florida for further processing.

6.     A review of the immigration records shows that Miguel VELAZQUEZ-MENDEZ is a native and citizen of Guatemala. Records further show that on or about February 10, 2010, Miguel VELAZQUEZ-MENDEZ was ordered removed from the United States. The Order of Removal was executed on or about February 25, 2010, whereby Miguel VELAZQUEZ-MENDEZ was removed from the United States and returned to Guatemala.

7.     Thereafter, Miguel VELAZQUEZ-MENDEZ re-entered the United States illegally and was removed and returned to Guatemala on four additional separate occasions, on or about following dates: December 28, 2010, October 26, 2012, March 28, 2014, and May 4, 2018.

8.     Records further show that Miguel VELAZQUEZ-MENDEZ was convicted of the following offenses:

On or about November 16, 2010, in the United States District Court, District of Arizona of the offense of an alien unlawfully entering the United States  from the Republic of Mexico at a time and place other than as designated by Immigration Officers of the United States of America case number 10-02641-001M.

On or about January 7, 2014, in the United States District Court, District of Arizona of the offense of illegal entry, case number 14-20231M.

9.      At the Stuart ICE office, Miguel VELAZQUEZ-MENDEZ's fingerprints were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to Miguel VELAZQUEZ-MENDEZ, a citizen of Guatemala, who was previously removed from the United States.

10.      A record check was performed in the Computer Linked Application Informational Management System to determine if Miguel VELAZQUEZ-MENDEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Miguel VELAZQUEZ-MENDEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

[This space left intentionally blank]

11.     Based on the foregoing, I submit that probable cause exists to believe that, on or about June 25, 2026, Miguel VELAZQUEZ-MENDEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __1st____ day of July 2026.

_____
WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: MIGUEL VELAZQUEZ-MENDEZ,

**Case No**: 26-mj-8508-WM

Count # 1:

Unlawful re-entry into the United States after deportation.

8 U.S.C.  §1326(a)

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** up to 1 year
* **Max. Fine:** $250,000
* **Special Assessment:** $100 upon conviction

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**